# United States District Court
## Violation Notice

MY46

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3811119 | B. DENNIS | 6203 |

3811119

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 2/7/13  2:45pm | 41 CFR 120-74-430 |

**Place of Offense:** Sec, West Complex Balto, MD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Unauthorized Parking in area of Fence medical NA area

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PERRY | TONY | S. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3AW9409 | MD | | GMC | | black |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$50 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $75  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address _____ Date (mm/dd/yyyy) _____
Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
         Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
         Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident